**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1424**

CHARLES O. SHEPHARD,

             Plaintiff - Appellant,

      v.

ALEXANDER DIAMOND; PATRICIA DIAMOND; GUY SMITH, Director of
Social Services; JUDGE HOWARD LEE CHITWOOD; SAMUEL SWINDELL;
JUDGE BRADLEY W. FINCH; VIRGINIA DEPARTMENT OF CHILD
SUPPORT ENFORCEMENT; PATRICIA ANN PARKER,

             Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke.  Robert S. Ballou, District Judge.  (7:24-cv-00244-RSB-CKM)

Submitted:  October 16, 2025                          Decided:  October 20, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles O. Shephard, Appellant Pro Se.  Jennifer Royer, ROYER LAW FIRM, P.C.,
Roanoke, Virginia, for Appellee Guy Smith.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles O. Shephard appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Shephard v. Diamond*, No. 7:24-cv-00244-RSB-CKM (W.D. Va. Mar. 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*